**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Valerie Valle and Keely Siegel**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**B & R Lyles Enterprises LLC d/b/a Bikini Beans**, et al.,<br><br>Defendants. | No. 2:20-cv-01513-DWL<br><br>**PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN FLSA COLLECTIVE ACTION** |

**PLEASE TAKE NOTICE** that on July 31, 2020, Plaintiffs' counsel filed with the Clerk of the U.S. District Court of the District of Arizona, Phoenix Division, **Consent to Join** (attached as "**Exhibit A**") for the following individuals: **Allyson Barela**, **Alex Fishkind**, **Alicia Gates**, **Desiree Henderson**, **Rinka Randall**, **Taylor Salow**, **Sommer Sucevich**, and **Tiffany Weed**.

RESPECTFULLY SUBMITTED this 31st Day of July, 2020.

BENDAU & BENDAU PLLC

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st Day of July, 2020, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*