**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Valerie Valle and Keely Siegel**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**B & R Lyles Enterprises LLC d/b/a Bikini Beans**, et al.,<br><br>Defendants. | No. 2:20-cv-01513-DWL<br><br>**PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COPMLAINT** |

Plaintiffs give notice of filing their First Amended Complaint on September 15, 2020 (Doc. 17). Plaintiff's counsel has attached a copy of the First Amended Complaint indicating in what respect it differs from the Complaint as "**Exhibit A**."

RESPECTFULLY SUBMITTED this 15th Day of September, 2020.

                                                  BENDAU & BENDAU PLLC

                                                  /s/*Clifford P. Bendau, II*
                                                  Clifford P. Bendau, II
                                                  Christopher J. Bendau
                                                  Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th Day of September, 2020, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*