1  Pavneet Singh Uppal, SBN 016805
2  Shayna H. Balch, SB 024852
   Lori A. Guner, SBN 031646
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  puppal@fisherphillips.com
   sbalch@fisherphillips.com
7  lguner@fisherphillips.com
8  Attorneys for Defendants

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF ARIZONA**

11  Valerie Valle, et al.                          No. CV-20-01513-PHX-DLR

12              Plaintiffs,                         **CORPORATE DISCLOSURE**
13                                                  **STATEMENT**
    v.
14
15  B & R Lyles Enterprises LLC d/b/a Bikini
    Beans, et al.,
16
               Defendants.
17

18        This Corporate Disclosure Statement is filed on behalf of B & R Lyles

19  Enterprises LLC in compliance with the provisions of:

20       ☒   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

21           party to an action in a district court must file a statement that identifies any

22           parent corporation and any publicly held corporation that owns 10% or more

23           of its stock or states that there is no such corporation.

24       ☐   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

25           corporate party to a proceeding in a district court must file a statement that

26           identifies any parent corporation and any publicly held corporation that

27           owns 10% or more of its stock or states that there is no such corporation.

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 39038347.1

**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

1

2

3

4

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

5 **The filing party hereby declares as follows:**

6 ☒ No such corporation.

7

8

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

9

10

11

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

12

13 Relationship

14 ☐ Other (please explain)

15

16

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

17 DATED this 4th day of November 2020.

18 FISHER & PHILLIPS LLP

19

20 By   s/ Shayna H. Balch

21

22

23

24

Pavneet Singh Uppal
Shayna H. Balch
Lori A. Guner
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Clifford P. Bendau, II
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Attorneys for Plaintiffs

s/ Michelle C. Colwell

FP 39038347.1