**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com
*Attorneys for Plaintiff*

**SPENCER FANE LLP**
Helen R. Holden (AZ Bar No. 013264)
2415 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5450
Fax: (602) 333.5431
E-mail: hholden@spencerfane.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Valerie Valle**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**B & R Enterprises, LLC d/b/a Bikini Beans**, et al.,<br><br>Defendants. | No. 2:20-cv-01513-DWL<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties hereby advise the Court that all claims for all parties in this matter have been resolved through settlement, subject to Court approval, at the mediation held on April 26, 2021. The Parties anticipate that a Motion for Preliminary Court Approval of the Collective and Class Action Settlement will be filed within 30 days, and respectfully request that this matter remain stayed pending the documentation of their settlement.

RESPECTFULLY SUBMITTED the 7th day of May, 2021.

-1-

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II (with permission)*
Clifford P. Bendau, II
Attorney for Plaintiffs

SPENCER FANE LLP

/s/ *Helen R. Holden*
Helen R. Holden
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clifford P. Bendau, II
Christopher J. Bendau
cliffordbendau@bendaulaw.com
chris@bendaulaw.com
BENDAU & BENDAU PLLC
P. O. Box 97066
Phoenix, AZ 85060

s/ Terri J. Hartloff

-2-

PH 626033.2