1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Valle, et al., | No. CV-20-01513-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| B & R Lyles Enterprises LLC, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 28),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on **July 12, 2021**, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot.

Dated this 10th day of May, 2021.

_____
Dominic W. Lanza
United States District Judge