IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Valle, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>B&R Lyles Enterprises LLC, et al.,<br><br>    Defendants. | No. CV-20-01513-PHX-DWL<br><br>**ORDER** |

    **IT IS ORDERED** that the Parties' Joint Motion for Preliminary Approval of Class Action Settlement and FLSA Collective Action (Doc. 45) is **GRANTED** as follows:

1. For purposes of settlement only, the Court hereby conditionally certifies the proposed settlement class and collective of the 139 baristas who worked for Defendants as tipped employees between July 30, 2017 and July 30, 2020.

2. For purposes of settlement only, the Court appoints Named Plaintiffs Valerie Valle and Keely Siegel as class representatives;

3. For purposes of settlement only, the Court appoints Clifford P. Bendau II and Christopher J. Bendau as class counsel;

4. The Court approves the form and content of the attached proposed notice of settlement and proposed notice procedure;

5. The deadline for the Parties to file their Joint Motion for Final Settlement Approval and Plaintiffs' Petition for Award of Attorneys' fees and costs is

November 16, 2021.

6. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, a fairness hearing is set for **December 14, 2021 at 10:00 a.m.** in Courtroom 601 of the Sandra Day O'Connor United States Courthouse.

Dated this 29th day of July, 2021.

Dominic W. Lanza
United States District Judge