1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

9

Valerie Valle, et al.,

No. CV-20-01513-PHX-DWL

10

      Plaintiffs,

**ORDER**

11

v.

12

B&R Lyles Enterprises LLC, et al.,

13

      Defendants.

14

15
16

      **IT IS ORDERED** that the parties' joint motion for final approval of class action and FLSA collective action settlement (Doc. 47) is **granted**.

17
18
19
20

      **IT IS FURTHER ORDERED** that Plaintiffs' petition for attorneys' fees and costs (Doc. 48) is **granted**.  Plaintiffs are awarded $50,000 in attorneys' fees and $4,275 in costs.   The Court approves the payment of Plaintiffs' portion of the settlement administration costs, up to $5,000, from the settlement fund.

21
22

      **IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

      Dated this 14th day of December, 2021.

23
24
25
26
27
28

Dominic W. Lanza
United States District Judge